IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Mary Carlton | | |
| DEBTOR | : | BKY. NO. 1:23-bk-02367-hwv |

O R D E R

AND NOW, this _____ day of _____, 2023 upon consideration of Debtor's Application for an Extension of Time to file Chapter 13 Schedules.

It is Ordered that the Motion is Granted. Debtor has until **11/13/2023** to file the necessary Schedules, Plan and Statement of Financial Affairs in the above captioned matter.