IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
Mary Carlton
    DEBTOR : BKY. NO. 1:23-bk-02367-HWV

O R D E R

Upon consideration of Debtor's Application for an Extension of Time to file Chapter 13 Schedules.

It is Ordered that the Motion is Granted. Debtor has until **11/13/2023** to file the necessary Schedules, Plan and Statement of Financial Affairs in the above captioned matter.

By the Court,

_/s/ Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: November 7, 2023

Case 1:23-bk-02367-HWV    Doc 12    Filed 11/07/23    Entered 11/07/23 07:59:51    Desc
Main Document      Page 1 of 1