IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Mary Carlton | | |
| DEBTOR | : | BKY. NO. 1:23-bk-02367-HWV |

**O R D E R**

Upon consideration of Debtor's Application for an Extension of Time to file Chapter 13 Schedules, Doc. 13, it is

**ORDERED** that the Motion is **GRANTED**. Debtor has until **December 12, 2023** to file the necessary Schedules, Plan, and Statement of Financial Affairs in the above captioned matter.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: November 14, 2023