In re:                                        Case No. 23-02367-HWV

Mary Carlton                        Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                          User: AutoDocke                          Page 1 of 2

Date Rcvd: Nov 20, 2023                   Form ID: ntnew341                      Total Noticed: 15

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mary Carlton, 1831 Forster Street, Harrisburg, PA 17103-1537 |
| 5573394 | | City of Harrisburg, Attn: Law Department, 10 N 2nd St, Harrisburg, PA 17101-1677 |
| 5573396 | | Dauphin County Tax Claim Bureau, 2 S 2nd St, Harrisburg, PA 17101-2047 |
| 5573397 | | Harrisburg School District, 1601 State St, Harrisburg, PA 17103-1466 |
| 5573399 | | LVNV Funding LLC, Attn: Bankruptcy, 6801 S Cimarron Rd Ste 424-J, Las Vegas, NV 89113-2273 |
| 5573400 | | National Asset Mortgage, LLC, Attn: Bankruptcy, 4350 Saint Andrews Rd Ste F, Columbia, SC 29210-4169 |
| 5573401 | + | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 5573403 | | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 5573406 | | U.S. Attorney, Middle District of Pa., 235 N Washington Ave Ste 311, Scranton, PA 18503-1533 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5573395 | + | Email/Text: bankruptcy@credencerm.com | Nov 20 2023 18:52:00 | Credence Resource Management, LLC, Attn: Bankruptcy 4222 Trinity Mills Road, Dallas, TX 75287-7666 |
| 5573398 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 20 2023 18:52:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5573404 | ^ | MEBN | Nov 20 2023 18:47:36 | PPL Electric Utilities, Attn: Bankruptcy, 2 N 9th St, Allentown, PA 18101-1179 |
| 5573402 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 20 2023 18:52:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 5573405 | + | Email/Text: bankruptcy@sw-credit.com | Nov 20 2023 18:52:00 | SWC Group, 4120 International Parkway #100, Carrollton, TX 75007-1957 |
| 5573407 | ^ | MEBN | Nov 20 2023 18:47:26 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |

TOTAL: 6

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

**belief.**

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 22, 2023    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michael A. Cibik | on behalf of Debtor 1 Mary Carlton mail@cibiklaw.com<br>cibiklawpc@jubileebk.net;8699050420@filings.docketbird.com;cibiklaw@recap.email |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 3

| UNITED STATES BANKRUPTCY COURT | |
|---|---|
| MIDDLE DISTRICT OF PENNSYLVANIA | |
| In re: | |
| Mary Carlton, | Chapter 13 |
| **Debtor 1** | Case No. 1:23−bk−02367−HWV |

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| | |
|---|---|
| Meeting held by Zoom, visit join.zoom.us, Enter Meeting ID 890 248 6951, Click on Join using passcode 9568534732, or call 1−267−552−4885<br><br>For additional meeting information go to https://www.justice.gov/ust/moc | Date: January 11, 2024<br><br>Time: 08:30 AM |

| **Address of the Bankruptcy Clerk's Office:**<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: KarenDavis, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: November 20, 2023 |

ntnew341 (09/23)