## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   MARY  CARLTON                                        CHAPTER 13

                      Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
            Movant                                   CASE NO: 1-23-02367-HWV
vs.
MARY  CARLTON

                      Respondent(s)

## <u>TRUSTEE'S MOTION TO DISMISS CASE</u>

AND NOW, on December 14, 2023, Jack N. Zaharopoulos, Standing Chapter 13 Trustee, through his attorney, Douglas R. Roeder, Esquire, and moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case for the following reason(s):

1) A Petition under Chapter 13 was filed on October 16, 2023.

2) The Debtor has not filed the following items or a motion for extension of time to file same pursuant to F.R.B.P. 1007(c).

> **- Form 122C-1 CHAPTER 13 STATEMENT OF CURRENT MONTHLY INCOME AND CALCULATION OF COMMITMENT PERIOD**
> **- Form 122C-2 CHAPTER 13 CALCULATION OF YOUR DISPOSABLE INCOME**
> **- CHAPTER 13 PLAN**

3) If upon receipt of this Motion and the Notice, Debtors file the missing documents on or before the response date specified on said notice, the Motion shall be deemed withdrawn and moot.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case.

            Respectfully submitted,

            /s/  Douglas R. Roeder, Esquire
            ID:  80016
            Attorney for Movant
            Jack N. Zaharopoulos
            Standing Chapter 13 Trustee
            Suite A, 8125 Adams Drive
            Hummelstown, PA 17036
            Phone:  (717) 566-6097
            email:  droeder@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   MARY  CARLTON                          CHAPTER 13

                                                CASE NO: 1-23-02367-HWV

## NOTICE

NOTICE IS HEREBY GIVEN THAT The debtor(s) filed a Chapter13 Bankruptcy Petition on October 16, 2023.

Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to file required documents indicated below.

**- Form 122C-1 CHAPTER 13 STATEMENT OF CURRENT MONTHLY INCOME AND CALCULATION OF COMMITMENT PERIOD
- Form 122C-2 CHAPTER 13 CALCULATION OF YOUR DISPOSABLE INCOME
- CHAPTER 13 PLAN**

A hearing with the Court has been scheduled for:

Sylvia H. Rambo United States Courthouse          Date:  January 24, 2024
Bankruptcy Courtroom 4B
1501 North 6th Street                             Time:  09:35 AM
Harrisburg, PA 17102

Any objection/response to the Trustee's Motion to Dismiss must be filed and served on or before: **December 28, 2023**.  If Debtor(s) file the missing documents on or before the stated response date, the Motion shall be deemed withdrawn and moot.

Additionally, if you file and serve an objection/response within the time period, a hearing will be held on the above date.  If you do not file an objection within the time permitted the Court will deem the motion unopposed and proceed to consider the Motion without further notice or hearing, and may grant the relief requested.

Dated:    December 14, 2023              Respectfully submitted,

                                         /s/  Douglas R. Roeder, Esquire
                                         ID:  80016
                                         Attorney for Movant
                                         Jack N. Zaharopoulos
                                         Standing Chapter 13 Trustee
                                         Suite A, 8125 Adams Drive
                                         Hummelstown, PA 17036
                                         Phone:  (717) 566-6097
                                         email:  info@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:   MARY  CARLTON                           CHAPTER 13

Debtor(s)                           CASE NO: 1-23-02367-HWV

<u>**CERTIFICATE OF SERVICE**</u>

I certify that I am more than 18 years of age and that on December 14, 2023, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

<u>Served electronically</u>

MICHAEL A CIBIK, ESQUIRE
CIBIK LAW, PC
1500 WALNUT ST, SUITE 900
PHILADELPHIA, PA  19102

UNITED STATES TRUSTEE
1501 NORTH 6TH STREET
BOX 302
HARRISBURG, PA  17102

<u>Served by First Class mail</u>

MARY  CARLTON
1831 FORSTER STREET
HARRISBURG, PA  17103

I certify under penalty of perjury that the foregoing is true and correct.

Date:  December 14, 2023                    /s/  Vickie Williams
                                           Office of the Standing Chapter 13 Trustee
                                           Jack N. Zaharopoulos
                                           Suite A, 8125 Adams Dr.
                                           Hummelstown, PA  17036
                                           Phone:  (717) 566-6097
                                           email: info@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:   MARY  CARLTON

                      Debtor(s)

CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
            Movant
vs.
MARY  CARLTON

                  Respondent(s)

CASE NO: 1-23-02367-HWV

**ORDER DISMISSING CASE**

      Upon consideration of the Trustee's Motion to Dismiss, it is hereby ORDERED that the above-captioned bankruptcy be and hereby is DISMISSED.  The Court retains jurisdiction to rule on any timely filed fee application.