United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                    Case No. 23-02367-HWV

Mary Carlton                                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

The following symbols are used throughout this certificate:

**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^               Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 17, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mary Carlton, 1831 Forster Street, Harrisburg, PA 17103-1537 |
| 5573394 | | City of Harrisburg, Attn: Law Department, 10 N 2nd St, Harrisburg, PA 17101-1677 |
| 5573396 | | Dauphin County Tax Claim Bureau, 2 S 2nd St, Harrisburg, PA 17101-2047 |
| 5573397 | | Harrisburg School District, 1601 State St, Harrisburg, PA 17103-1466 |
| 5573399 | | LVNV Funding LLC, Attn: Bankruptcy, 6801 S Cimarron Rd Ste 424-J, Las Vegas, NV 89113-2273 |
| 5573400 | | National Asset Mortgage, LLC, Attn: Bankruptcy, 4350 Saint Andrews Rd Ste F, Columbia, SC 29210-4169 |
| 5573401 | + | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 5573403 | | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 5573406 | | U.S. Attorney, Middle District of Pa., 235 N Washington Ave Ste 311, Scranton, PA 18503-1533 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5573395 | + | Email/Text: bankruptcy@credencerm.com | Dec 15 2023 18:40:00 | Credence Resource Management, LLC, Attn: Bankruptcy 4222 Trinity Mills Road, Dallas, TX 75287-7666 |
| 5573398 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 15 2023 18:39:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5579871 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 15 2023 18:53:16 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5573404 | ^ | MEBN | Dec 15 2023 18:39:54 | PPL Electric Utilities, Attn: Bankruptcy, 2 N 9th St, Allentown, PA 18101-1179 |
| 5573402 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 15 2023 18:39:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 5573405 | + | Email/Text: bankruptcy@sw-credit.com | Dec 15 2023 18:39:00 | SWC Group, 4120 International Parkway #100, Carrollton, TX 75007-1957 |
| 5573407 | ^ | MEBN | Dec 15 2023 18:39:57 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |

TOTAL: 7

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 17, 2023            Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 15, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michael A. Cibik | on behalf of Debtor 1 Mary Carlton mail@cibiklaw.com<br>cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@kramerica.enterprises;ecf@michaelscottpaper.co;ecf@nalabean.gg |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 3

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

**MARY CARLTON**

| | |
|---|---|
| | **Chapter:** 13 |
| **Debtor 1** | **Case No.:** 1-23-bk-02367-HWV |

## ORDER

It appearing that the above named Debtor has failed to file the documents listed below, required pursuant to 11 U.S.C. § 521 and Bankruptcy Rule 1007:

B 122C-1 - Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period

B 122C-2 - Chapter 13 Calculation of Your Disposal Income

Schedules A-F

Schedules I-J

Statement of Financial Affairs

Employee Income Records or Certificate of No Payment Advices

**IT IS ORDERED** that the case of the above named Debtor is dismissed. The Trustee is discharged from further responsibility in this case, and it is further

**ORDERED** that all pending actions in this case are dismissed.

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge
Dated: December 15, 2023